# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTRAVEE HATCHER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SYSTEMS & SERVICES TECHNOLOGIES, INC; DOES 1-100, and each of them,<br><br>　　　　　　　　　　Defendants. | Case No.:  16cv183 JM(BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE** |

On January 26, 2016, Plaintiff commenced this action against Defendant, alleging negligent and willful violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227.  (Doc. No. 1).  On May 9, 2016, the parties filed a joint motion to dismiss Plaintiff's individual claims with prejudice and Plaintiff's putative class claims without prejudice.  (Doc. No. 3).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the court grants the parties' joint motion.  Plaintiff's individual claims against Defendant are dismissed with prejudice.  Plaintiff's putative class claims are dismissed without prejudice.  Each party shall bear its own fees and costs.  The clerk of the court is instructed to close this case.

　　　IT IS SO ORDERED.

DATED: May 16, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　United States District Judge